1  KATHERINE HART #76715
   Attorney at Law
2  2055 San Joaquin
   Fresno, Ca. 93721
3  Telephone: (559) 256-9800
   Facsimile:  (559) 256-9798
4
   Attorney for Defendant
5  RICHARD RENTERIA

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,        )       CR-F-05-00161 OWW
                                     )
12       Plaintiff,                  )
                                     )       REQUEST TO RELEASE
13                                   )       CASH BOND TO PROPERTY
                                     )       OWNER AFTER SENTENCING
14       v.                          )       AND SURRENDER;
                                     )       ORDER
15                                   )       RETURNING CASH BOND
                                     )
16  RICHARD RENTERIA, et al.         )
                                     )
17                                   )
         Defendants.                 )
18  _____ )

19       Defendant having been sentenced on September 11, 2006 to a term of 37

20  months in federal prison,  defendant having been ordered to surrender himself to

21  the United States Marshals on October 25, 2006, and defendant having

22  surrendered, it is hereby requested that the cash bond  posted by Joseph Simka to

23  secure the appearance of defendant, be hereby returned by the Federal Clerk's

24  Office to  depositor Joseph Simka, who will appear in person at the United States

25  District Court Clerk's Office to accept a return of the cash bond previously

26  deposited.

27

28  Request to Return  Cash Bond

1

2   DATED: October 26, 2006            /s/ Katherine Hart
                                       KATHERINE HART
3

4

5                              **ORDER**

6        Defendant RICHARD RENTERIA having been sentenced to a term of 37

7   months in custody, and criminal proceedings having been closed against said

8   defendant, it is hereby ordered that the cash bond previously deposited by Joseph

9   Simka, to secure the appearance of  Defendant RICHARD  RENTERIA, be

10  returned to Mr. Simka.

11

12  IT IS SO ORDERED.

13  **Dated:    October 26, 2006**            **/s/ Oliver W. Wanger**
    emm0d6                            UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Request to Return  Cash Bond                2