KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
RICHARD RENTERIA

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-F-05-00161 OWW |
| Plaintiff, | |
| | REQUEST TO RELEASE PROPERTY BOND AFTER SENTENCING AND SURRENDER; ORDER RELEASING PROPERTY BOND (WITH DEED NUMBER AND APN NUMBER) |
| v. | |
| RICHARD RENTERIA, et al. | |
| Defendants. | |

Defendant having been sentenced on September 11, 2006 to a term of 37 months in federal prison, and defendant having surrendered himself to the United States Marshals on October 25, 2006, it is hereby requested that the property bond posted by RICHARD RENTERIA's mother, JANIE DOMINGEUZ, in the amount of $150,000.00, be hereby released.

DATED: February 7, 2007          /s/ Katherine Hart
                                 KATHERINE HART

Request to Release Property Bond

# ORDER

Defendant RICHARD RENTERIA having been sentenced to a term of 37 months in custody, and defendant having surrendered to the federal marshals to serve his prison term, and criminal proceedings having been closed against said defendant, it is hereby ordered as follows:

> That the Clerk of the Eastern District is hereby ordered to release the property bond in the amount of $150,000.00 posted by JANIE DOMINGEZ;
> Deed No. 2005-0129424 (Fresno County)
> Assessor's Parcel Number (APN): 499-322-17

IT IS SO ORDERED.

**Dated:   February 7, 2007**          /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE

Request to Release Property Bond          2